**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re:<br><br>WHITEHALL MANOR, INC.,<br><br>                 Debtor. | CIVIL ACTION<br><br><br>NO. 5:26-3491 |

**NOTICE OF APPEARANCE**


Kindly enter the appearance of Brett L. Messinger, as counsel for Receiver Duane Morris

LLP, by Erin Duffy, Esquire, in connection with this matter.


Date: May 29, 2026

                                                      */s/ Brett L. Messinger*
Brett L. Messinger
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
Telephone: 215-979-1508
Email: blmessinger@duanemorris.com
*Attorneys for Receiver Duane Morris LLP,*
*by Erin Duffy, Esquire*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this day, May 29, 2026, a true and correct copy of the foregoing Notice of Appearance was filed using the Court's CM/ECF system, which served copies on all CM/ECF participants in this case.

*/s/ Brett L. Messinger*
Brett L. Messinger

DM2\302722290.1