**No. 5:26-cv-3491**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

———————————

In re Whitehall Manor, Inc.,

*Debtor*,

Lehigh Valley 1, LLC,

*Appellant*.

———————————

### DECLARATION OF RACHEL JAFFE MAUCERI
### IN SUPPORT OF THE JOINT ANSWERING BRIEF
### OF APPELLEES WHITEHALL TRUST AND SAUCON TRUST

I, Rachel Jaffe Mauceri, being duly sworn, hereby state as follows:

1. I am an attorney admitted to practice before this Court and a partner with the law firm Robinson & Cole LLP, counsel for Appellees Whitehall Trust and Saucon Trust in the above-captioned matter. I submit this declaration in support of the contemporaneously filed Joint Answering Brief of Appellees Whitehall Trust and Saucon Trust. I base the following statements on personal knowledge and on a review of the pleadings and proceedings in the underlying jointly administered bankruptcy cases at current lead case No. 25-bk-15245 (PMM) in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Cases").

2.      Attached hereto as Exhibit A is a true and correct copy of the Disclosure Statement Relating to Debtors' Chapter 11 Plan of Reorganization, filed and entered on May 15, 2026, at ECF No. 126, in the Bankruptcy Cases.

3.      Attached hereto as Exhibit B is a true and correct copy of the Debtors' Joint Chapter 11 Plan of Reorganization, filed and entered on May 15, 2026, at ECF No. 127, in the Bankruptcy Cases.

4.      Attached hereto as Exhibit C is a true and correct copy of the Amended Joint Motion Pursuant to 11 U.S.C. § 363 for Entry of an Order Authorizing the Debtors to Enter into and Perform Under Use and Occupancy Agreements, filed and entered on July 10, 2026, at ECF No. 216, in the Bankruptcy Cases.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 13, 2026.

*/s/ Rachel Jaffe Mauceri*
Rachel Jaffe Mauceri (#209823)

ROBINSON & COLE LLP
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Tel.: (215) 398-0600
rmauceri@rc.com

2